Opinion issued October 13, 2011.

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-01038-CR

———————————

MELVIN BRYAN
JAMES, Appellant

V.

THE STATE OF TEXAS, Appellee



 



 

On Appeal from the 176th District Court 

Harris County, Texas



Trial Court Cause No. 1213472



 

MEMORANDUM
OPINION

Appellant,
Melvin Bryan James, has filed a motion to dismiss the appeal.   The motion complies with Texas Rule of
Appellate Procedure 42.2(a).  See Tex.
R. App. P. 42.2(a).  We have not
issued a decision in the appeal. 

Accordingly,
we dismiss the appeal.  See Tex.
R. App. P. 43.2(f).  We dismiss
any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of
the date of this opinion.  See Tex.
R. App. P. 18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Bland
and Huddle.

Do not publish. 
 Tex. R. App. P. 47.2(b).